IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CYNTHIA TURNER,

     Plaintiff,

v.                                     CASE NO. 4:11-cv-567-RS-WCS

BOB INZER, in his official capacity as
LEON COUNTY CLERK OF THE COURT,

     Defendant.
_____/

## ORDER

The relief requested in Plaintiff's Amended Motion to Stay Consideration of Defendant's Motion for Attorneys' Fees (Doc. 82) is **GRANTED**. Defendant shall file its Motion for Attorneys' Fees and Costs within twenty days after issuance of the mandate by the United States Court of Appeals for the Eleventh Circuit, if appropriate.

**ORDERED** on November 30, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**