IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CYNTHIA TURNER,

    Plaintiff,

v.                              CASE NO. 4:11-cv-567-RS-WCS

BOB INZER, in his official capacity as
LEON COUNTY CLERK OF THE COURT,

    Defendant.
_____/

## ORDER

The relief requested Defendant's Renewed Motion to Strike Plaintiff's Notice of Supplemental Authority (Doc. 112) is **DENIED**. A motion to strike "is a drastic remedy to be resorted to only when required for the purposes of justice." *Augustus v. Bd. of Public Instruction of Escambia County, Fla.*, 306 F.2d 862, 868 (5th Cir. 1962). It is well established that motions to strike are usually denied unless the allegation has "no possible relation to the controversy and may cause prejudice to one of the parties." *Falzarano v. Retail Brand Alliance, Inc*, No. 07-81069-CIV, 2008 WL 899257 *1 (S.D. Fla. Mar. 31, 2008) (*citing Augustus v. Board of Public Instruction of Escambia County, Fla.*, 306 F.2d 862, 868 (5th Cir. 1962)); *Hutchings v. Federal Ins. Co.*, 2008 WL 4186994 *2 (M.D. Fla. 2008). In this case, there is no prejudicial affect by allowing Plaintiff's Notice of

Supplemental Authority to stay on the record. The Court will give it the weight it deserves.

**ORDERED** on August 5, 2013.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**