IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CYNTHIA TURNER,

    Plaintiff,

v.                                  CASE NO. 4:11-cv-567-RS-CAS

BOB INZER, in his official capacity
as Leon County Clerk of Court,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 149) and Plaintiff's Objections (Doc. 150). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff shall pay Defendant $29,934.50 as attorneys' fees.

**ORDERED** on February 25, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**